UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. CR218-50 |
| | ) | |
| JAMAL GAINES, | ) | |
|     Defendant. | ) | |

## MOTION TO TRANSFER JURISDICTION OF VIOLATION OF FEDERAL SUPERVISED RELEASE

COMES NOW James R. Newton, counsel for JAMAL GAINES, and files this motion to transfer jurisdiction of the violation of Defendant's Federal supervised release.

When Defendant was arrested on the instant case he was on Federal supervised release in the Middle District of Florida. The arrest on the instant case violated that supervised release and Defendant is facing revocation of his supervised release in the Middle District of Florida. The case number of the Middle District of Florida case is 3:06-cr-61 and the case is being supervised by the Jacksonville, Florida probation office. It should be noted that the Middle District of Florida has placed a hold on Defendant because of the supervised release violation.

In the interest of judicial economy and Defendant's desire to place this unfortunate incident behind him as quickly as possible, Defendant moves this

Honorable Court to transfer the jurisdiction of his supervised release violation to the Southern District of Georgia so Defendant can be sentenced on the instant case and the violation of supervised release at the same time.

Respectfully submitted this 8th day of May, 2019.

/s/ James R. Newton
JAMES R. NEWTON
Attorney for Defendant
Georgia Bar No. 541777
155 Wood Crest Circle
Brunswick, GA 31525-6878
912-222-0760
FAX: 912-267-5731
j.r.newton@att.net

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

/s/ James R. Newton
JAMES R. NEWTON
Attorney for Defendant