# United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 218-050 |
| | ) | |
| JAMAL GAINES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant Jamal Gaines' Motion to Transfer Jurisdiction of Violation of Federal Supervised Release. Dkt. No. 534.

On October 24, 2006, Defendant appeared in the United States District Court for the Middle District of Florida and was sentenced to 188 months' imprisonment, followed by 4 years' supervised release, for committing the offense of possession with intent to distribute five grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). Defendant commenced his term of supervised release on August 17, 2015 in Jacksonville, Florida. Defendant's arrest in the instant case violates his supervised release, and Defendant is facing revocation of his supervised release in the Middle District of Florida, which has placed a hold on Defendant.

AO 72A
(Rev. 8/82)

Defendant now moves this Court to transfer the jurisdiction of his supervised release violation from the Middle District of Florida to the Southern District of Georgia so that he can be sentenced in both the instant case and the supervised release violation at the same time.

While transferring jurisdiction of Defendant's supervised release violation to the Southern District of Georgia would be in the interest of judicial economy in the short-term, i.e. for sentencing purposes, it would not be so long-term, i.e. during any future supervised release period. Defendant was born and raised in Jacksonville, Florida and continues to have strong ties to that area. With the exception of the instant case, Defendant has no ties to the Southern District of Georgia. In anticipation of Defendant's ultimate return to the Middle District of Florida, Defendant's motion is **DENIED**.

**SO ORDERED** this 28th day of May, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA